IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| CARFAX, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 1:19-cv-1375 |
| PRIMERITUS FINANCIAL SERVICES, INC., | ) | (RDA/IDD) |
| ROQUEMORE HOLDINGS LLC D/B/A | ) | |
| ROQUEMORE & ROQUEMORE, | ) | |
| RENAISSANCE RECOVERY SOLUTIONS, | ) | |
| AND USA RECOVERY HOLDINGS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT OR FOR TRANSFER OF VENUE

Defendants, Primeritus Financial Services, Inc., Roquemore Holdings LLC d/b/a Roquemore & Roquemore, Renaissance Recovery Solutions, and USA Recovery Holdings, Inc., respectfully submit this brief in support of their motion: (a) pursuant to Fed. R. Civ. P. 12(b)(6) to dismiss this action against all Defendants for failure to state claims based upon (1) the Computer Fraud and Abuse Act ("CFAA"), (2) breach of contract at common law and under the Virginia Uniform Computer Information Transactions Act ("UCITA"), (3) the Virginia Computer Crimes Act ("VCCA"), (4) unjust enrichment, and (5) trespass to chattels: and (b) pursuant to Fed. R. Civ. P. 12(b)(4), 12(b)(5) to dismiss this action against USA Recovery Holdings, Inc. for insufficient process and insufficient service of process; or (c) in the alternative, pursuant to 28 U.S.C. § 1404(a) for transfer of venue to the Middle District of Tennessee.

1

As grounds for this motion, Defendants rely upon the Declaration of Wayne Thomas Acklen Jr. attached hereto as Exhibit A and the following six numbered exhibits attached thereto, which may be considered on this motion because they are integral to Plaintiff's claims:[1]

1.  January 22, 2019 cease and desist letter from Plaintiff to Defendants;

2.  February 19, 2019 response letter from Defendants to Plaintiff;

3.  October 2017 Carfax Consumer Terms of Use;

4.  November 6, 2019 Carfax Press Release, "CARFAX Files Another Lawsuit To Protect Its Data From Theft";

5.  January 31, 2013 CyrusOne Press Release, "CARFAX Selects Global Data Center Services Provider CyrusOne to House 11 Billion Vehicle History Records"; and

6.  July 6, 2016 CyrusOne Case Study, "CARFAX Selects Data Center for Web Hosting and Redundancy – Enterprise Deploys New IT Footprint in Data Centers Interconnected from Coast-to-Coast."

As further grounds for this motion, Defendants rely on their supporting brief filed herewith in accordance with Local Civil Rule 7(F)(1).

---

[1] *See Sec'y of State for Defence v. Trimble Navigation Ltd.*, 484 F.3d 700, 705 (4th Cir. 2016) (stating that courts may consider "[documents] attached to the motion to dismiss, so long as they are integral to the complaint and authentic"); *Phillips v. LCI Int'l, Inc.*, 190 F.3d 609, 618 (4th Cir. 1999) (considering article not attached to complaint where it was attached to motion to dismiss "because it was integral to and explicitly relied on in the complaint"). This declaration was originally filed in support of Defendants' first motion to dismiss (ECF No. 10-1).

4827-8393-5165.2

Dated: May 26, 2019                    Respectfully Submitted,

                                       /s/ Andrew J. Narod
                                       Andrew J. Narod (VSB No. 79691)
                                       BRADLEY ARANT BOULT CUMMINGS LLP
                                       1615 L Street, N.W., Suite 1350
                                       Washington, D.C. 20036
                                       Telephone: (202) 719-8271
                                       Facsimile: (202) 719-8371
                                       E-mail: anarod@bradley.com

                                       Thor Y. Urness (admitted *pro hac vice*)
                                       BRADLEY ARANT BOULT CUMMINGS LLP
                                       1600 Division Street, Suite 700
                                       P.O. Box 340025
                                       Nashville, Tennessee 37203
                                       Telephone: (615) 252-2384
                                       Facsimile: (615) 252-6384
                                       Email: turness@bradley.com

## CERTIFICATE OF SERVICE

        I hereby certify that a true and correct copy of the foregoing document is being served by
ECF on the following counsel of record on May 26, 2019:

        Sarah W. Sigurdson
        Carfax, Inc.
        5860 Trinity Pkwy., Suite 600
        Centreville, VA 20120
        sarahsigurdson@carfax.com

        Craig C. Reilly
        111 Oronoco Street
        Alexandria, Virginia 22314
        craig.reilly@ccreillylaw.com

                                       /s/ Andrew J. Narod
                                       Andrew J. Narod

4827-8393-5165.2